**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOHAMMED AL-ADAHI, <u>et</u> <u>al.</u>, : | |
| : | |
| Petitioners, : | |
| : | |
| v. : | Civil Action No. 05-280 (GK) |
| : | |
| BARACK H. OBAMA, <u>et</u> <u>al.</u>, : | |
| : | |
| Respondents. : | |

<u>ORDER</u>

Upon consideration of the issues raised on June 25, 2009, by Petitioners Mohammad Ali Abdullah Bawazir and Zahir Omar Khamis Bin Hamdoun during a closed portion of the Merits Hearing, representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that Petitioner Bawazir's and Petitioner Hamdoun's cases are stayed until **October 1, 2009.** Accordingly, the Merits Hearing for these two Petitioners is continued indefinitely; and it is further

**ORDERED**, that during the stay, the Government is not required to produce medical records for Petitioner Bawazir. Parties shall file a Joint Praecipe with the Court by **July 15, 2009,** detailing the procedures under which Petitioner Bawazir's counsel will be kept aware of his medical status. The Government is required to produce medical records for Petitioner Hamdoun on the **15th of each month** for the duration of the stay; and it is further

**ORDERED,** that a Status Conference will be held on **October 6, 2009,** at 2:00 p.m.

|                |          |
|----------------|----------|
|                | /s/      |
| June 25, 2009  | Gladys Kessler |
|                | United States District Judge |

**Copies to**: Attorneys of Record via ECF